1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| All American Asphalt<br><br>        Plaintiff,<br><br>v.<br><br>Straub Construction Inc.,<br><br>        Defendants. | **CASE:** ED CV 13-02377-BRO (AJWx)<br><br>**ORDER RE JOINT STIPULATION FOR ARBITRATION AND STAY OF ACTION AND ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY** |

The Court, having read the Joint Stipulation for Arbitration and Stay of Action filed June 9, 2014 and, **GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that:

The parties shall submit to JAMS arbitration proceedings;

This action shall be STAYED until the arbitration has been completed;

All dates are vacated and IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

In order to permit the Court to monitor this action, the Court orders the parties to file periodic status reports.

The first such report is to be filed on September 5, 2014, unless the stay is

1   lifted sooner.  Successive reports shall be filed every 90 days thereafter.  Each report
2   must indicate on the face page the date on which the next report is due.
3        All pending calendar dates are vacated by the Court.
4        This Court retains jurisdiction over this action and this Order shall not prejudice
5   any party to this action.
6
7   **IT IS SO ORDERED.**
8   Dated:  June 11, 2014
9
10  By: _____
11       HON. BEVERLY REID O'CONNELL
     United States District Court Judge

2.